**Order entered March 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00134-CR
No. 05-15-00135-CR

**RAMON MILLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-16131-Q, F10-34161-Q**

## ORDER

The Court has before it appellant's motion to establish a new timetable for the appeal. Appellant asserts that although his motion for new trial was filed on September 9, 2013 and his notice of appeal was filed on October 2, 2013, the notice of appeal was not forwarded to this Court until counsel was appointed on January 30, 2015. We note that appellant filed a separate motion in cause no. 05-15-00134-CR, which was previously granted. The clerk's record has been filed in that appeal, as well as the reporter's record for both appeals. Accordingly, we **GRANT** appellant's motion in cause no. 05-15-00135-CR as follows.

We **ORDER** the Dallas County District Clerk to file the clerk's record in cause no. 05-15-00135-CR (trial court no. F10-34161-Q) within **FIFTEEN DAYS** of the date of this order.

We **ORDER** appellant to file his brief for both cases within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Felicia Pitre, Dallas County District Clerk, and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE